JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR MYERS | ) | 2:20-cv-03662-RSWL-MRWx |
|             Plaintiff, | ) | |
|   v. | ) | |
| | ) | ORDER DISMISSING CASE |
| NOWELL PLAZA, LLC, | ) | |
|             Defendant. | ) | |
| | ) | |

On July 29, 2020, the Court ordered counsel to Show Cause [12] why this action should not be dismissed for failure to file the proof of service of summons and complaint showing timely service. On August 7, 2020, Plaintiff filed a proof of service showing service of the summons and complaint on August 7, 2020. Service of the summons and complaint was due on or before July 20, 2020, 90 days from the day the complaint was filed pursuant to Federal Rules of Civil Procedure 4(m). No request has been filed for a continuation of the service deadline.

///

///

//

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to comply with Federal Rule of Civil Procedure 4(m). The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: 8/10/2020

          s/ RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
U.S. District Judge